# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDWARD CARTER,**
**ADC #109307**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:15-CV-00324 JM/BD**

**AMANDA KING, et al.**                                                                     **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Carter's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Carter's claims against Correct Care Services and its shareholders are DISMISSED, without prejudice.

IT IS SO ORDERED, this 4th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE