IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD CARTER,
ADC #109307                                                                                            PLAINTIFF

V.                             CASE NO. 5:15-CV-00324 JM/BD

AMANDA KING, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Andrew's motion for summary judgment (#10) is GRANTED and claims against him are DISMISSED, without prejudice.

IT IS SO ORDERED, this 9th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE