# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDWARD CARTER**                                                                                                **PLAINTIFF**

**V.**                         **CASE NO. 5:15-CV-00324 JM-BD**

**AMANDA KING**                                                                        **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Edward Carter's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant King's motion for summary judgment (#30) is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED, this 5th day of October, 2016.

_____
UNITED STATED DISTRICT JUDGE