IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD CARTER**                                                                                       **PLAINTIFF**

V.                       **CASE NO. 5:15-CV-00324 JM-BD**

**AMANDA KING**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 5th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE